IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF<br><br>Yahoo!, Inc. 701 First Avenue, Sunnyvale, California, account records and stored email re: psa.sks10@yahoo.com | Case No. __13mj75-01-LM__<br><br>**Filed Under Seal** |

**ORDER**

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding Yahoo!, Inc., an electronic communications service provider and/or a remote computing service, not to notify any person (including the subscribers or customers of the account(s) listed in the search and seizure warrant of the existence of the attached search and seizure warrant until further order of the Court.

The Court determines that there is reason to believe that notification of the existence of the attached search and seizure warrant will seriously jeopardize the investigation, including by giving targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior, or notify confederates. *See* 18 U.S.C. § 2705(b)(2), (3), (5).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that Yahoo!, Inc. shall not disclose the existence of the attached search and seizure warrant, or this Order of the Court, to the listed subscriber or to any other person, unless and until otherwise authorized to do so by the Court, except that Yahoo!, Inc. may disclose the attached search and seizure warrant to an attorney for Yahoo!, Inc. for the purpose of receiving legal advice.

IT IS FURTHER ORDERED that the application and this Order shall be unsealed contemporaneous with the unsealing of the case file.

July 15, 2013

Daniel J. Lynch
United States Magistrate Judge